UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-3193
_____

HOSEA L. FLAGG,
      Appellant

v.

STATE OF NEW JERSEY OFFICE OF CHILD SUPPORT SERVICES
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.N.J. Civil Action No. 3-17-cv-02602)
District Judge: Honorable Peter G. Sheridan
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 21, 2019

Before: MCKEE, COWEN and ROTH, Circuit Judges

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on February 21, 2019. On consideration whereof, it is now hereby

**ORDERED and ADJUDGED** by this Court that the judgment of the District Court entered August 29, 2018, be and the same is hereby affirmed.  Costs taxed against the appellant.  All of the above in accordance with the opinion of this Court.

ATTEST:

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated: November 27, 2019